UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Weston J. Stow</u>

       v.                    Civil No. 06-cv-378-PB

<u>Warden, New Hampshire State Prison</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 31, 2006, no objection having been filed.

SO ORDERED.

September 12, 2007           /s/ Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge

cc:    Weston J. Stow, pro se